# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0277
Lower Tribunal No. 2023-CA-004083 MF

_____

SHERMAN BALCH,

Appellant,

v.

WBL SPO I, LLC,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

August 15, 2025

PER CURIAM.

AFFIRMED. *See Intermediary Fin. Corp. v. McKay*, 111 So. 531, 531 (Fla. 1927) ("This court is committed to the doctrine that a purchaser pendente lite is not entitled to intervene."); *Bymel v. Bank of Am., N.A.*, 159 So. 3d 345, 347 (Fla. 3d DCA 2015) ("[W]hen property is purchased during a pending foreclosure action in which a lis pendens has been filed, the purchaser generally is not entitled to intervene in the pending foreclosure action.").

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.

Sherman Balch, Palm City, pro se.

Danielle N. Waters, Jonathan M. Sykes, and Matthew R. Silbernagel, of Nardella & Nardella, PLLC, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED